[No. 45827-6-II.   Division Two.   April 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. AMBER D. ROBBINS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-01314-4, Bryan E. Chushcoff, J., entered January 24, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 45828-4-II.   Division Two.   April 28, 2015.]

MARK W. OSBORN, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-2-01452-7, Anna M. Laurie, J., entered December 20, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa and Lee, JJ.

[No. 45894-2-II.   Division Two.   April 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL R. BROGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-1-00906-1, Marilyn K. Haan, J., entered January 13, 2014. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Melnick, JJ.

[No. 46335-1-II.   Division Two.   April 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. QUINTIN ANTONIO DUBLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-04275-6, Vicki L. Hogan, J., entered May 21, 2014. *Reversed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Worswick, J.